1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Daniel Delgado

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11
    DANIEL DELGADO,                )  No.  1:11-CV-00224-AWI-SMS
12                                  )
          Plaintiff,                )  **STIPULATION FOR DISMISSAL OF**
13                                  )  **DEFENDANT ABDO SALEH DBA U&A**
       vs.                          )  **GAS & GROCERY (ERRONEOUSLY**
14                                  )  **SUED HEREIN AS ABDO SALEH DBA**
    ABDO SALEH dba USA GAS & GROCERY,) **USA GAS & GROCERY) ONLY; ORDER**
15  et al.,                         )
                                    )
16        Defendants.                )
                                    )
17  ─────────────────────────────────)

18       IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant

19  Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas

20  & Grocery"), the parties to this action, by and through their respective counsel, that pursuant to

21  Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Abdo Saleh dba U&A Gas & Grocery

22  (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery") be dismissed with

23  prejudice from this action.

24  Date: April 3, 2012                          MOORE LAW FIRM, P.C.

25

26                                               /s/Tanya E. Moore
                                                 Tanya E. Moore
27                                               Attorney for Plaintiff Daniel Delgado

28  ///


*Delgado v. Abdo Saleh dba USA Gas & Grocery, et al.*
Stipulation for Dismissal

Page 1

Dated:  April 2, 2012                                FISHER & PHILLIPS, LLP

/s/ James Fessenden
James Fessenden
Attorney for Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery")

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery") be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   April 3, 2012                                  _____
                                                                           CHIEF UNITED STATES DISTRICT JUDGE

*Delgado v. Abdo Saleh dba USA Gas & Grocery, et al.*
Stipulation for Dismissal

Page 2