1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Daniel Delgado

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DELGADO, | No.  1:11-CV-00224-AWI-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT ABDO SALEH DBA U&A GAS & GROCERY (ERRONEOUSLY SUED HEREIN AS ABDO SALEH DBA USA GAS & GROCERY) ONLY; ORDER** |
| vs. | |
| ABDO SALEH dba USA GAS & GROCERY, et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery") be dismissed with prejudice from this action.

Date: April 3, 2012                           MOORE LAW FIRM, P.C.


                                              /s/Tanya E. Moore
                                              Tanya E. Moore
                                              Attorney for Plaintiff Daniel Delgado

///

*Delgado v. Abdo Saleh dba USA Gas & Grocery, et al.*
Stipulation for Dismissal

Page 1

Dated:  April 2, 2012                                           FISHER & PHILLIPS, LLP

/s/ James Fessenden
James Fessenden
Attorney for Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery")

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery") be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   April 3, 2012                              _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

*Delgado v. Abdo Saleh dba USA Gas & Grocery, et al.*
Stipulation for Dismissal