K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>       Plaintiff,<br><br>   vs.<br><br>ABDO SALEH dba USA GAS & GROCERY, et al.,<br><br>       Defendants. | No. 1:11-CV-00224-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT ABDO SALEH DBA U&A GAS & GROCERY (ERRONEOUSLY SUED HEREIN AS ABDO SALEH DBA USA GAS & GROCERY) ONLY; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery") be dismissed with prejudice from this action.

Date: April 10, 2012                                  MOORE LAW FIRM, P.C.


                                                     /s/Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff Daniel Delgado

///

Dated: April 2, 2012                                  FISHER & PHILLIPS, LLP

/s/ James Fessenden
James Fessenden
Attorney for Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery")

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery") be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated: April 10, 2012                                _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE

*Delgado v. Abdo Saleh dba USA Gas & Grocery, et al.*
Stipulation for Dismissal