1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Daniel Delgado

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | DANIEL DELGADO,                               ) No. 1:11-CV-00224-AWI-SMS
12 |                                               )
   |         Plaintiff,                            ) **STIPULATION FOR DISMISSAL OF**
13 |                                               ) **DEFENDANT ABDO SALEH DBA U&A**
   |     vs.                                       ) **GAS & GROCERY (ERRONEOUSLY**
14 |                                               ) **SUED HEREIN AS ABDO SALEH DBA**
   | ABDO SALEH dba USA GAS & GROCERY,             ) **USA GAS & GROCERY) ONLY; ORDER**
15 | et al.,                                       )
   |                                               )
16 |         Defendants.                           )
   |                                               )
17 |                                               )

18      IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant

19 Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas

20 & Grocery"), the parties to this action, by and through their respective counsel, that pursuant to

21 Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Abdo Saleh dba U&A Gas & Grocery

22 (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery") be dismissed with

23 prejudice from this action.

24 Date: April 10, 2012                            MOORE LAW FIRM, P.C.

25

26                                                 /s/Tanya E. Moore
                                                   Tanya E. Moore
27                                                 Attorney for Plaintiff Daniel Delgado

28 ///

*Delgado v. Abdo Saleh dba USA Gas & Grocery, et al.*
Stipulation for Dismissal

Page 1

Dated: April 2, 2012					FISHER & PHILLIPS, LLP

									/s/ James Fessenden
									James Fessenden
									Attorney for Defendant Abdo Saleh dba
									U&A Gas & Grocery (erroneously sued
									herein as "Abdo Saleh dba USA Gas &
									Grocery")

## ORDER

 The parties having so stipulated,

 IT IS HEREBY ORDERED that Defendant Abdo Saleh dba U&A Gas & Grocery (erroneously sued herein as "Abdo Saleh dba USA Gas & Grocery") be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated: __April 10, 2012__				_____
									CHIEF UNITED STATES DISTRICT JUDGE

*Delgado v. Abdo Saleh dba USA Gas & Grocery, et al.*
Stipulation for Dismissal