# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>        Plaintiff,<br><br>    v.<br><br>ABDO SALEH dba USA GAS & GROCERY, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-00224-AWI-SMS<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT KAMALJIT K. ASHAT<br>(Doc. 35)<br><br>ORDER DIRECTING CLERK TO UPDATE COURT DOCKET TO REFLECT PRO SE DEFENDANT'S CURRENT INFORMATION<br><br>ORDER CONTINUING [TELEPHONIC] SCHEDULING CONFERENCE<br>Date:   8/15/12<br>Time:   10:00 a.m.<br>Judge:  Hon. Sandra M. Snyder |

On April 4, 2012, Campagne, Campagne & Lerner, a Professional Corporation, by and through Justin T. Campagne, counsel for Defendant, Kamaljit K. Ashat, individually and as administrator of the Estate of Sukhjinder S. Ashat, motioned the court to withdraw as counsel, stating that counsel fees remained unpaid and that communications between counsel and client had deteriorated. The Court initially heard the motion on May 15, 2012, and directed counsel to again serve Ms. Ashat at her current address.

Following re-service of the motion on Defendant, Kamaljit Ashat, the motion was again heard on July 3, 2012. Justin T. Campagne, Esq., appeared as counsel for Ms. Ashat. Tanya E. Moore, Esq., appeared telephonically on behalf of Plaintiff. Ms. Ashat, accompanied by her husband, Jasbir Brar, also personally appeared. Having considered the matters addressed at the hearing and all written materials submitted, the motion to withdraw as counsel is GRANTED.

1  A client's failure to pay outstanding fees or a breakdown in communications between client
2 and attorney are grounds for withdrawal from representation.  Local Rule 182(d)
3 provides, in pertinent part, "Withdrawal as attorney is governed by the Rules of Professional
4 Conduct of the State Bar of California, and the attorney shall conform to the requirements of those
5 Rules." California's rules require the notice of motion and declaration to be served on the client and
6 all other parties who have appeared in the case. CRC 3.1362(d).  The declaration of attorney Justin
7 T. Campagne, as well as the proof of service of the motion to withdraw as counsel (Doc. 47),
8 document that counsel has served all parties, including Ms. Ashat, with all required court documents.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion by Campagne, Campagne & Lerner, a Professional Corporation, by and through Justin T. Campagne, to withdraw as counsel for Defendant, Kamaljit K. Ashat, individually, and as administrator of the Estate of Sukhjinder S. Ashat, is GRANTED.

2. The Clerk is DIRECTED to update the court docket to reflect the Pro Se Defendant's current information as follows:
   Kamaljit K. Ashat
   1721 Dashwood Drive
   Roseville, CA 95747
   (559) 455-3341

3. Campagne, Campagne & Lerner, a Professional Corporation, shall **immediately** serve Kamaljit K. Ashat, 1721 Dashwood Drive, Roseville, CA, 95747, with a copy of this order, and e-file Proof of Service of same.  A copy of this order shall also be served on Ms. Ashat's general (probate) counsel, Robert L. Cowin, Esq., 2344 Tulare St., #300, Fresno, CA, 93721, and Proof of Service of same shall also be e-filed.

4. Campagne, Campagne & Lerner, a Professional Corporation, shall **promptly** send all documents composing the client's file to Defendant, Kamaljit K. Ashat, 1721 Dashwood Drive, Roseville, CA, 95747.

///
//
/

5. Ms. Ashat may elect to proceed with this case *in propria persona* (representing herself) or may elect to retain other counsel. In the event that Ms. Ashat elects to retain other counsel to represent her, she is strongly encouraged to do so immediately or certainly prior to the scheduling conference set forth in paragraph 5 below.

6. The Telephonic Scheduling Conference is CONTINUED from July 3, 2012 to August 15, 2012 at 10:00 a.m. before Judge Snyder.  Plaintiff's counsel, Tanya E. Moore, shall make necessary arrangements for both parties to appear telephonically.

IT IS SO ORDERED.

**Dated:    July 6, 2012**                                  /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE