1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ABDO SALEH dba USA GAS & GROCERY, et al.,<br><br>　　　　Defendants. | No.  1:11-CV-00224-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Daniel Delgado, through his attorney of record, and the only remaining Defendant, Kamaljit K. Ashat, Individually and as Administrator of the Estate of Sukhjinder S. Ashat, who is self-represented, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: August 6, 2012                                              MOORE LAW FIRM, P.C.


                                                                  /s/Tanya E. Moore
                                                                  Tanya E. Moore
                                                                  Attorney for Plaintiff, Daniel Delgado

///

///

Dated: August 1, 2012            /s/ Kamaljit K. Ashat
                                 Kamaljit K. Ashat, Individually and as
                                 Administrator of the Estate of Sukhjinder S.
                                 Ashat, Defendant In Propria Persona

I hereby attest that concurrence in the filing of the document has been obtained from the other signatory as evidenced by a copy of her manual signature maintained by me.

Dated: August 2, 2012            /s/ Tanya E. Moore
                                 Tanya E. Moore, Attorney for
                                 Plaintiff, Daniel Delgado

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   August 6, 2012          _____
                                 CHIEF UNITED STATES DISTRICT JUDGE