K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ABDO SALEH dba USA GAS & GROCERY, et al.,<br><br>　　　　Defendants. | No.  1:11-CV-00224-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Daniel Delgado, through his attorney of record, and the only remaining Defendant, Kamaljit K. Ashat, Individually and as Administrator of the Estate of Sukhjinder S. Ashat, who is self-represented, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: August 6, 2012                                              MOORE LAW FIRM, P.C.


                                                                                  /s/Tanya E. Moore
                                                                                  Tanya E. Moore
                                                                                  Attorney for Plaintiff, Daniel Delgado

///

///

Dated:  August 1, 2012                                /s/ Kamaljit K. Ashat
                                                      Kamaljit K. Ashat, Individually and as
                                                      Administrator of the Estate of Sukhjinder S.
                                                      Ashat, Defendant In Propria Persona


I hereby attest that concurrence in the filing of the document has been obtained from the other signatory as evidenced by a copy of her manual signature maintained by me.


Dated:  August 2, 2012                                /s/ Tanya E. Moore
                                                      Tanya E. Moore, Attorney for
                                                      Plaintiff, Daniel Delgado


## ORDER

   The parties having so stipulated,

   **IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.



IT IS SO ORDERED.

Dated:   August 6, 2012            _____
                                   CHIEF UNITED STATES DISTRICT JUDGE